# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. CR411-164 |
| ) | |
| GARY RAYMOND REIERSON ) | |

## REPORT AND RECOMMENDATION

On July 20, 2011, the Court ordered a forensic psychological examination of defendant Gary Raymond Reierson in accordance with 18 U.S.C. § 4241(a) and (b) to assist the Court in determining whether he is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. (Doc. 27.) Additionally, the Court directed the examiners to determine whether defendant was insane at the time of the charged offense. (*Id.*) Pursuant to the Court's order, Reierson was transported to the United States Medical Center for Federal Prisoners in Springfield, Missouri, where he underwent a comprehensive psychological

evaluation. His evaluators found that he is competent to stand trial and was sane at the time of the offense. (Doc. 37.)

Both defendant and the government stipulate to the report's findings. (Doc. 39.) The Court concurs with the unrebutted findings in the forensic report that the defendant is not presently suffering from a mental disease or defect rendering him mentally incompetent to stand trial and was not insane at the time he committed the offense. It is therefore **RECOMMENDED** that defendant be found competent to stand trial pursuant to 18 U.S.C. § 4241.

**SO REPORTED AND RECOMMENDED** this 9TH day of January, 2012.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA